**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY D. HAVERLAH,

        Plaintiff,

  v.

DWIGHT WINSLOW,

        Defendant.
                                 /

No. C 06-4320 PJH (PR)

**ORDER TO MARSHAL REGARDING SERVICE**

      This is a civil rights case filed pro se by a state prisoner. In the initial review order the court ordered service on the only defendant, Dwight Winslow, who at the time was Chief Medical Officer at Pelican Bay State Prison, and referred the case to Magistrate Judge Vadas pursuant to the Pro Se Prisoner Mediation Program.

      The Attorney General understandably will not participate in the mediation program until service is achieved and he is asked by the defendant to provide representation. In this case, service has not been achieved. A return provided by the marshal says that "[p]er litigation coordinator" defendant was no longer at PBSP, and that service was attempted without success at a Sacramento address "given for service," presumably by the litigation coordinator.

      The marshal is asked to employ the established procedures for locating CDCR employees or ex-employees, including again contacting the litigation coordinator at Pelican Bay State Prison, and, if that is unsuccessful, the Liability Response Unit at the CDCR in Sacramento, to find an address at which the defendant can be served. If such an address is found, the marshal shall report it to the clerk, who shall again issue a summons for the defendant. The marshal shall then again attempt to serve defendant. If service has not

been achieved within thirty days of the date of this order, the marshal is asked to report that fact to the court, at which time further steps will be considered.

The clerk shall provide a copy of this order to the marshal and an informational copy to Deputy Attorney General David Wolf.

**IT IS SO ORDERED.**

Dated:  June 28, 2007.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.06\HAAVERLAH320.2dserv