UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREGORY D. HAVERLAH,

    Plaintiff,

v.

DWIGHT WINSLOW,

    Defendant.
    /

No. C 06-4320 PJH (PR)

**ORDER EXTENDING REFERENCE**

This is a civil rights case filed pro se by a state prisoner. It has been referred to Magistrate Judge Vadas pursuant to the Pro Se Prisoner Mediation Program. The time for completion of the settlement effort is **EXTENDED** to November 30, 2007.

**IT IS SO ORDERED.**

Dated: August 27, 2007.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\CR.06\HAVERLAH320.EXT-vadasref.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GREG D HAVERLAH,

        Plaintiff,

v.

DWIGHT WINSLOW,

        Defendant.

Case Number: CV06-04320 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Judge Vadas

Gregory D. Haverlah E-90712
C.S.P.
4A 1L #3
P.O. Box 8800
Corcoran, CA 93212

Dated: August 27, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk

2