IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY D. HAVERLAH,<br><br>    Plaintiff,<br><br>          v<br><br>DWIGHT WINSLOW,<br><br>    Defendants. | Case No C 06-4320 PJH<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on November 5, 2007. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒  Plaintiff

☐  Warden or warden's representative

☒  Office of the California Attorney General

☒  Other: California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.  Matter to return to Judge Hamilton in one hundred-eighty days for status.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date:  11/14/07

                                                Nandor J Vadas
                                                United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAVERLAH | No. C 06-4320 PJH |
| v. | CERTIFICATE OF SERVICE |
| WINSLOW _____ / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/14/07, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Gregory D. Haverlah**
E-90712
C.S.P.
4A 1L #3
P.O. Box 8800
Corcoran, CA 93212

RICHARD W. WIEKING, CLERK

By:_____
     Deputy Clerk

3