EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
JENNIFER J. NYGAARD, State Bar No. 229494
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5577
  Fax: (415) 703-5843
  Email: Jennifer.Nygaard@doj.ca.gov

Attorneys for Defendant Dwight W. Winslow, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY D. HAVERLAH,<br><br>                       Plaintiff,<br><br>v.<br><br>DWIGHT WINSLOW,<br><br>                       Defendant. | C 06-4320 PJH (PR)<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Judge: The Honorable Phyllis J. Hamilton |

    Plaintiff Gregory D. Haverlah voluntarily dismisses with prejudice this action under Rule 41(a) of the Federal Rules of Civil Procedure.

    On November 5, 2007, the parties met with Magistrate Judge Vadas and reached a settlement in this case. Under Federal Rule of Civil Procedure 41(a), an action may be dismissed by the plaintiff without order of the court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgement. Neither an answer nor a dispositive motion have been filed in this case.

///

///

Thus, Plaintiff asks the Court to dismiss the above-captioned matter with prejudice. All parties shall bear their own costs and fees.

Dated: 1-9-08

Respectfully submitted,

*Gregory D. Haverlah*
GREGORY D. HAVERLAH
Plaintiff

2/20/08

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

20112500.wpd
SF2007200645